DAVID S. WILSON, III, ESQ (No. 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

Joshua Konecky, SBN 182897
Nathan B. Piller, SBN 300569
Sarah McCracken, SBN 313198
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105
jkonecky@schneiderwallace.com
npiller@schneiderwallace.com
smccracken@schneiderwallace.com

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SPREWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION; and DOES 1-10,<br><br>    Defendants. | **Case No.:  2:20-cv-11612 SVW (MRWx)**<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>**JOINT STIPULATION RE LITIGATION SCHEDULE**<br><br>Complaint Filed: September 10, 2020<br>Trial Date:          February 8, 2022 |

1531942 (60-17342)

1

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

JOINT STIPULATION RE LITIGATION SCHEDULE
Case No.  2:20-cv-11612 SVW (MRWx)

**TO THE HONORABLE COURT:**

Plaintiff Lee Sprewell ("Plaintiff") and Defendant Federal Express Corporation ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS this Court's Civil Trial Preparation Order (DE 44), setting trial for February 8, 2022, does not contain a schedule for either fact or expert discovery, or motion filing deadlines;

WHEREAS this Court's Civil Trial Preparation Order invites the Parties to file a stipulation to set discovery deadlines, if necessary or desired;

WHEREAS the Parties believe having a discovery and briefing schedule would provide helpful structure that would assist them in preparing for and fully briefing motions, as well as vetting their claims and defenses as they get ready for trial, should one become necessary.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties herein, through their respective counsel of record, as follows:

1. That the fact discovery deadline be January 3, 2022;
2. That the expert disclosure deadline be January 10, 2022;
3. That the rebuttal expert disclosure deadline be January 24, 2022;
4. That the expert discovery deadline be February 7, 2022;
5. That the deadline for filing any non-discovery motions be December 28, 2021;
6. That the deadline for filing oppositions to any non-discovery motions be January 11, 2022;
7. That the deadline for filing replies to any non-discovery motions be January 17, 2022;
8. That the deadline for hearing any non-discovery motions be January 31, 2022;
9. That the pretrial disclosure deadline be January 21, 2022;

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1531942 (60-17342)

2

JOINT STIPULATION RE LITIGATION SCHEDULE
Case No. 2:20-cv-11612 SVW (MRWx)

10. That the deadline for filing objections to pretrial disclosures be January 28, 2022; and

11. That any *ex parte* applications regarding discovery issues be preceded by notice of seven days.

**IT IS SO STIPULATED**

DATED: November 12, 2021    Respectfully submitted,

By: /s/ David S. Wilson, III
   DAVID S. WILSON, III
   Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

DATED: November 12, 2021    Respectfully submitted,

By: /s/ Sarah McCracken
   SARAH McCRACKEN
   Attorney for Plaintiff and the Putative Class

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1531942 (60-17342)

3

JOINT STIPULATION RE LITIGATION SCHEDULE
Case No. 2:20-cv-11612 SVW (MRWx)

## ATTESTATION REGARDING SIGNATURES

I, David S. Wilson, III, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 12, 2021    By: /s/ David S. Wilson, III
                            DAVID S. WILSON, III
                            Attorney for Defendant
                            FEDERAL EXPRESS CORPORATION

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1531942 (60-17342)

4

JOINT STIPULATION RE LITIGATION SCHEDULE
Case No. 2:20-cv-11612 SVW (MRWx)