DAVID S. WILSON, III, ESQ (No. 174185)
JANE M. FLYNN, ESQ. (No. 167466)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Joshua Konecky (SBN 182897)
Nathan Piller (SBN 300569)
Sarah McCracken (SBN 313198)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:  (415) 421-7100
Facsimile:  (415)421-7105

Attorneys for Plaintiff, LEE SPREWELL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SPREWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:20-cv-11612 SVW (MRWx)**<br><br>[Hon. Stephen V. Wilson]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 10, 2020<br>Trial Date:       February 8, 2022 |

**TO THE HONORABLE COURT:**

NOTICE IS HEREBY GIVEN that the above-entitled action has been preliminarily settled, subject to the Court's approval.

1553102 (207212)                                1

NOTICE OF SETTLEMENT
Case No. 2:20-cv-11612 SVW (MRWx)

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET SUITE 340
IRVINE, CA 92614

DATED: December 20, 2021

Respectfully submitted,

By: */s/ David S. Wilson, III*
DAVID S. WILSON, III
Attorney for Defendant
FEDERAL EXPRESS CORPORATION

DATED: December 20, 2021

Respectfully submitted,

By: */s/ Sarah McCracken*
SARAH MCCRACKEN
Attorneys for Plaintiff
LEE SPREWELL

## **ATTESTATION REGARDNG SIGNATURES**

I, David S. Wilson, III, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 20, 2021   */s/ David S. Wilson, III*

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1553102 (207212)

2

NOTICE OF SETTLEMENT
Case No. 2:20-cv-11612 SVW (MRWx)