**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE SPREWELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | Case No.: 2:19-CV-00166-~~WBS-KJN~~ SVW-MRW<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>Date: June 6, 2022<br>Time: 1:30 p.m.<br>Location: First Street U.S. Courthouse<br>350 W. 1st Street<br>Courtroom 10A<br>Los Angeles, CA 90012 |

    The Court has separately entered an order granting final approval of the parties' class action settlement pursuant to Federal Rule of Civil Procedure 23, which has settled this action in its entirety. The Court's findings of fact and conclusions of law stated within that order are expressly incorporated herein by reference.

    Accordingly, pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction with respect to all matters arising from or related to the implementation of the Settlement Agreement and final approval Order, the Court directs the Clerk of the Court to enter this Final Judgment dismissing the entire action with prejudice.

**IT IS SO ORDERED.**

DATED:  __June 8, 2022__          _____
                                                       HON. STEPHEN V. WILSON
                                                       UNITED STATES DISTRICT JUDGE